ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| MIGUEL ÁNGEL GALLARDO PÉREZ por sí en representación de sus hermanos, DICK GALLARDO PÉREZ, MARÍA SOCORRO GALLARDO PÉREZ y NICOLÁS GALLARDO PÉREZ<br><br>Parte Apelante<br><br><br>EX PARTE | TA2025CE00659 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Guayama<br><br>Caso Núm.: GM2024CV00011<br><br><br>Sobre: Expediente de Dominio |
| --- | --- | --- |

Panel integrado por su presidente, la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

## RESOLUCIÓN FINAL

En San Juan, Puerto Rico a 30 de octubre de 2025.

Examinada la *Escrito de Apelación*[1] instada el 14 de octubre de 2025 por la parte peticionaria disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] Véase Resolución del 22 de octubre de 2025 donde se cambió el tipo de recurso.